# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| **SHELBY HOOD**, | ) |
| Plaintiff, | ) Case No. 3:24-cv-00690 |
| v. | ) Judge Aleta A. Trauger |
| **LIPSCOMB UNIVERSITY**, | ) |
| Defendant. | ) |

## JOINT MEDIATION REPORT

COME NOW the parties, by and through their respective counsel, and hereby submit this Joint Mediation Report, as required by the Initial Case Management Order (D.E. 17).

The Parties participated in person at a Mediation on May 5, 2025, with both Plaintiff and the representative of Defendant flying in from out of state to attempt settlement. The Mediation was held by Gail Ashworth of Wiseman, Ashworth, Trauger, PLC. Ms. Ashworth is a Tennessee Rule 31 Listed General Civil Mediator.

The parties submit that they were unable to reach mutually agreeable settlement terms at this time but are not closing the door to revisiting settlement discussions.

Respectfully submitted,

*/s/ Mary A. Parker*
Mary A. Parker (TN#006016)
Stephen Crofford (TN#012039)
PARKER & CROFFORD
5115 Maryland Way
Brentwood, TN 37027
Tel.: 615-244-2445
Fax: 615-255-6037
stephencrofford@msn.com
mparker@parker-crofford.com

*Attorneys for Plaintiff*

/s/ Timothy A. Palmer
Timothy A. Palmer, PAL #009
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telepho ne: 615-254-1900
Facsimile: 615-254-1908
tim.palmer@ogletree.com

*Attorneys for Defendant Lipscomb University*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of May 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Timothy A. Palmer,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
tim.palmer@ogletree.com

/s/*Mary A. Parker*
Mary A. Parker