Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SHELBY HOOD,** | ) |
| Plaintiff, | ) |
| | ) Case No. 3:24-CV-00690 |
| v. | ) |
| | ) |
| **LIPSCOMB UNIVERSITY,** | ) |
| Defendant. | ) |

## MOTION TO SEAL

Defendant, Lipscomb University ("Defendant" or "Lipscomb"), moves the Court to seal the document submitted by Defendant at Document No. 26-6, at 103-107, in support of its Motion for Summary Judgment and supporting Memorandum and Statement of Undisputed Facts (Docs. 23, 24, and 25). This document consists of an email communication ("the Email") sent and received on and around January 14, 2024, between Plaintiff and Natalie Hoyt, both members of Defendant's Lipscomb Family Therapy Center (LFTC) regarding the scheduling of a therapy session for an undisclosed LFTC client. The Email contained information in the form of a Client ID number and date of service specifically identified as confidential under applicable policies of the Lipscomb Family Therapy Clinic. As briefed at length by the Parties throughout their Summary Judgment submissions (Docs. 24, 25, 26, 27, 28) and within the Court's Memorandum granting Summary Judgment (Doc. 39) for the Defendant, the Email served as the basis for a Clinical Improvement Plan ("CIP") imposed on Plaintiff by Defendant and is a pivotal piece of evidence in this litigation between the Parties.

While ruling in favor of summary judgment for Defendant, the Court observed in Footnote 7 of its Memorandum (Doc. 39) that it was noteworthy that Defendant included an unredacted